UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| LISA CLOUD | § | |
|    Plaintiff, | § | |
| | § | |
| V. | § | C. A. No. _____ |
| | § | |
| THE KANSAS CITY SOUTHERN | § | |
| RAILWAY COMPANY | § | |
|    Defendant. | § | |

## COMPLAINT FOR DAMAGES

MAY IT PLEASE THE COURT:

  Now respectfully comes through undersigned counsel, Plaintiff, Lisa Cloud, a person of full age and majority, resident of Gloster, DeSoto Parish, Louisiana, and respectfully represents as follows:

I.

  Plaintiff's claims against The Kansas City Southern Railway Company (KCS) are maintained under the provisions of the Federal Employers' Liability Act (FELA), 45 U.S.C., § 51, *et seq*. to recover damages for personal injuries sustained by Plaintiff while employed by Defendant, KCS.

II.

  This Court has jurisdiction pursuant to 28 U.S.C. § 1331.

III.

  Venue is proper in this District pursuant to 28 USC Section 1391(c) as Defendant, KCS owns, operates and maintains equipment, rail yards and mainline railroad tracks in Caddo Parish, resulting in KCS possessing sufficient minimum contacts in the Western District of Louisiana to establish venue in this Court.

This lawsuit is necessary as a result of injuries sustained by Plaintiff on or about September 8, 2014.

IV.

At all times mentioned in this Complaint, KCS was a common carrier by railroad owning, operating, and maintaining in interstate commerce, a railway system, and Plaintiff was employed by KCS to further those activities.

V.

On or about September 8, 2014, during the course and scope of her employment, Plaintiff was performing her regular duties for Defendant as a warehouse clerk, when excessive heat and humidity caused Plaintiff to faint, suffer a seizure, and strike a concrete pole. Plaintiff sustained injuries to her head, right eye and other parts of her body as a result of her accident.

VI.

The injuries Plaintiff sustained were due in whole or in part to the negligence of KCS, its agents, servants or employees acting in the course and scope of their employment for KCS. Plaintiff will show that KCS violated the Federal Employers' Liability Act (FELA) in that KCS:

  a. Failed in its non-delegable duty to provide Plaintiff with a reasonably safe place to work;

  b. Failed to provide Plaintiff with proper training in working in high temperature and humidity;

  c. Failed to provide Plaintiff with a safe warehouse to perform her job safely;

  d. Failed to provide adequate assistance;

 e. Failed to warn Plaintiff of unsafe conditions of which it knew, or in the exercise of reasonable care should have known;

 f. Failed to comply with Industry Standards;

 g. Failed to exercise due care and caution commensurate with the surrounding circumstances; and

 h. Other acts and omissions of negligence, which will be fully enumerated at the trial of this matter.

VII.

Additionally and alternatively, Plaintiff will show that at all times mentioned in this Complaint, Defendant's conduct amounted to negligence as a matter of law in that it violated industry standards and state and federal regulations.

VIII.

As a result of these and other negligent acts and omissions of KCS, Plaintiff sustained severe and permanent injuries to her head, right eye, and other parts of her body.

Plaintiff's injuries have resulted in:

 a. Physical pain and suffering, past and future;

 b. Mental anguish, past and future;

 c. Past lost wages to the date of trial;

 d. Loss of future wages and wage earning capacity; and

 e. Unpaid medical expenses, past and future.

Plaintiff has been damaged in a sum far in excess of the minimum jurisdictional limits of this Court.

IX.

Plaintiff requests a trial by jury.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, Lisa Cloud, prays that she have judgment against Defendant, The Kansas City Southern Railway Company in a total sum in excess of the minimum jurisdictional limits of this Court, plus post-judgment interest, all costs of Court, and for such other and further relief, both legal and equitable, to which she may show herself justly entitled.

Respectfully Submitted,

**BROUSSARD & DAVID, L.L.C.**

*/s/ Blake R. David*

Blake R. David
Louisiana Bar No. 27427
557 Jefferson Street
Post Office Box 3524
Lafayette, LA 70502
337- 233-2323
337- 233-2353/Fax

Sara Youngdahl*
Texas State Bar No. 24010504
4203 Montrose Blvd., Suite 280
Houston, Texas 77006
281-996-0750
281-996-0725/Fax
*PENDING PRO HAC VICE

**ATTORNEYS FOR PLAINTIFF
LISA CLOUD**