UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| Lisa Cloud, | : | C.A. No. 5:15-CV-1504 |
| *Plaintiff*, | : | |
| | : | |
| Versus | : | Judge Elizabeth E. Foote |
| | : | |
| The Kansas City Southern Railway | : | |
| Company, | : | Magistrate Judge Mark L. Hornsby |
| *Defendant*. | : | |

**JOINT STIPULATION OF DISMISSAL**

NOW INTO COURT, through undersigned counsel of record, come Plaintiff, LISA CLOUD, and Defendant, THE KANSAS CITY SOUTHERN RAILWAY COMPANY, who respectfully represent the following:

1.

Plaintiff, LISA CLOUD, has agreed to dismiss with prejudice any and all claims against Defendant, THE KANSAS CITY SOUTHERN RAILWAY COMPANY, in connection with the above captioned proceeding.

WHEREFORE, Plaintiff, LISA CLOUD, and Defendant, THE KANSAS CITY SOUTHERN RAILWAY COMPANY, move this Honorable Court to dismiss all claims of Plaintiff, LISA CLOUD, against Defendant with prejudice, with each party to bear its own costs.

Respectfully Submitted,


By:  /s/ Blake R. David
Blake R. David, La. Bar No. 27427
*Broussard & David, L.L.C.*
557 Jefferson Street
Post Office Box 3524
Lafayette, Louisiana 70502
Phone: 337-233-2323
Fax: 337-233-2353
Blake@broussard-david.com

And

By:  /s/ Sara Youngdahl
Sara Youngdahl, (*Admitted Pro Hac*)
TX Bar No. 24010504
The Youngdahl Law Firm, P.C.
4203 Montrose Boulevard, Suite 280
Houston, Texas 77006-5427
Phone: 281-996-0750
Fax: 281-996-0725
Syoungdahl@youngdahl.com

***Attorneys for Ms. Lisa Cloud***


By:  /s/ Bobby S. Gilliam
Bobby S. Gilliam, La. Bar No. 6227
David L. Bruce, La. Bar No. 33747
*Wilkinson, Carmody & Gilliam*
400 Travis St., Suite 1700
Shreveport, Louisiana 71101
Phone: 318-221-4196
Fax: 318-221-3705
BGilliam@wcglawfirm.com
DBruce@wcglawfirm.com
***Attorneys for The Kansas City Southern Railway Company***

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Joint Stipulation of Dismissal was electronically filed using the CM/ECF system, which sent a notice of electronic filing to all counsel of record.

                /s/Bobby S. Gilliam
                Of Counsel